# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

SO ORDERED

_VALERIE FIGUEREDO_
United States Magistrate Judge
Dated: 7-8-2022
The conference is adjourned to September 7, 2022, at 10:00 am."

July 6, 2022

**BY ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:     ***The Federal Republic of Nigeria v. VR Advisory Services, Ltd., et al.**,*
         **Case No. 1:21-MC-00007 (S.D.N.Y.)**

Dear Judge Figueredo:

       We are counsel to respondents VR Advisory Services, Ltd., VR Advisory Services (USA)
LLC, VR Global Onshore Fund, L.P., VR Argentina Recovery Onshore Fund II, L.P., Jeffrey
Johnson, and Ashok Raju (together, the "VR Respondents") in connection with the above-
captioned application (the "Application") by the Federal Republic of Nigeria ("Nigeria") under 28
U.S.C. § 1782 ("Section 1782").  We write pursuant to the Court's Individual Practices in Civil
Cases Rule I(e) to respectfully request a second adjournment of the in-person conference scheduled
for July 12, 2022.  *See* ECF 34.

       As the Court is aware, *see* ECF 32, Nigeria's Application seeks discovery from the same
parties as it is currently obtaining discovery from in another Section 1782 application in this
District.  *The Federal Republic of Nigeria, et al. v. VR Advisory Services, Ltd., et al*., 1:20-mc-
00209 (S.D.N.Y.) (Engelmayer, J.) ("First Application").  In light of the ongoing discovery process
in the First Application, and without prejudice to their respective positions on the merits of this
Application, the parties agree that a status conference regarding this Application is not necessary
at this time.

       This is the second request for an adjournment of this appearance, as the first request was
granted. *See* ECF 32.  Nigeria consents to this adjournment request. The parties propose that the
July 12, 2022 appearance be adjourned to any time on August 31 or September 1 or 2, 2022.  If
the Court is not available on any of those dates, the parties request the appearance be adjourned to
September 7, 8, or 9, 2022.

**AMERICAS** (NEW YORK, CHICAGO, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
**APAC** (HONG KONG, SEOUL, SHANGHAI), **CARIBBEAN** (BVI, CAYMAN ISLANDS), **EMEA** (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Judge Figueredo
July 6, 2022
Page 2

Respectfully submitted,

/s/ Darryl G. Stein
Darryl.Stein@kobrekim.com
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212) 488-1200