# CHIVERS
LLP

300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201

*Via ECF*                                                                                         November 16, 2022

The Honorable John G. Keoltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *The Federal Republic of Nigeria v. VR Advisory Services, Ltd., et al.*,
              Case No. 1:21-mc-007-JGK-VF (S.D.N.Y.)

Dear Judge Koeltl,

Pursuant to Rule I(F) of Your Honor's Individual Practices and Magistrate Judge Figueredo's order dated November 16, 2022, ECF 65, we write on behalf of the VR Respondents[1] to notify Your Honor that the VR Respondent's Objection to Order of Magistrate Judge (ECF 63, the "Objection") is now moot.

The VR Respondents filed their limited Objection out of an abundance of caution and to ensure their procedural rights were preserved while the parties attempted to resolve the discovery dispute related to their Objection. *See* ECF 63 at 1 & n.1. The parties were able to reach an agreement as to this discovery dispute earlier today. *See* ECF 64 (Joint Letter Motion).

Accordingly, the VR Respondents respectfully ask the Court to terminate the Objection (ECF 63) as moot. The Federal Republic of Nigeria consents to this letter motion.

Respectfully,

s/ Jeffrey W. Chivers
Jeffrey W. Chivers, Esq.

cc: All counsel of record via ECF

*[Handwritten order:]* The Objection (RCF63) is terminated. The Clerk is directed to close this case and to close any pending motions. SO ordered. 11/16/22 — JG Koeltl U.S.D.J.

---

[1] The VR Respondents are VR Advisory Services, Ltd., VR Advisory Services (USA) LLC, VR Global Onshore Fund, L.P., VR Argentina Recovery Onshore Fund II, L.P., Jeffrey Johnson, and Ashok Raju.