UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE FEDERAL REPUBLIC OF NIGERIA,

                Plaintiffs,           21-MC-0007 (JGK)

    -against-                **ORDER**

VR ADISORY SERVICES, LTD. et al.,

                Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons stated at the telephonic conference held in this action on December 13, 2022, the issues raised in ECF No. 70 (VR Respondents' letter motion for protective order) are resolved. The Clerk of Court is directed to terminate the motion at ECF No. 70.

    **SO ORDERED.**

DATED:    New York, New York
               December 14, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge