UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL REPUBLIC OF NIGERIA,                21-mc-7 (JGK)

        Applicant,                          ORDER

    - against -

VR ADVISORY SERVICES, LTD., ET AL.,

        Respondents.

---

JOHN G. KOELTL, District Judge:

    The respondents are directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed partial objection to the Magistrate Judge's order (ECF No. 82).

SO ORDERED.

Dated:    New York, New York
         January 7, 2023

                                             John G. Koeltl
                                         United States District Judge