UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE FEDERAL REPUBLIC OF NIGERIA,

        Applicant,

- against -

VR ADVISORY SERVICES, LTD, ET AL.,

        Respondents.

---

21-mc-7 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The applicant is directed to submit briefing in response to the respondents' argument that the pending partial objection to the Magistrate Judge's order is not moot because the respondents seek to preclude the use of the produced unredacted documents in other potential proceedings. The briefing should be submitted by **March 8, 2023.**

SO ORDERED.

Dated:    New York, New York
           March 1, 2023

                                          John G. Koeltl
                                      **United States District Judge**